USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al*,

                Defendants.

24-CV-6121 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    In accordance with this Court's Orders [ECF Nos. 14, 19], Plaintiff Quintin Ballentine, appearing *pro se*, filed an Amended Complaint that asserts all of his claims and names all of the defendants relevant to his claims. [ECF No. 30]. There is proof of service on the docket for all Defendants. [ECF Nos. 16, 17, 28]. Accordingly,

    IT IS HEREBY ORDERED that all Defendants must appear in this action and answer or otherwise response to Plaintiff's operative Amended Complaint [ECF No. 30], on or before July 15, 2025.

    **The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

Dated:  June 17, 2025
           New York, New York

                                                  _____
                                                  MARY KAY VYSKOCIL
                                                  United States District Judge