UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al*,

                Defendants.

24-CV-6121 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court has reviewed Plaintiff's Notice of Voluntary Dismissal and Statement to the Court, [ECF No. 53]. In accordance with that notice,

    IT IS HEREBY ORDERED that this case is DISMISSED without prejudice. The pending motions are denied as moot.

    The Clerk of Court is respectfully requested to close the case and terminate the motions pending at docket entries 44, 45, 50.

SO ORDERED.

Dated:   October 27, 2025
           New York, New York

                                                MARY KAY VYSKOCIL
                                              United States District Judge